J. Wynne Herron, Esq.
Laura Herron Weber, Esq.
HERRON & HERRON
18360 Sonoma Highway
Sonoma, CA 95476
Tel: (707) 933-4430
Fax: (707) 933-4431

Michael Fiumara, Esq.
THE LAW OFFICES OF MICHAEL A. FIUMARA
182 Farmers Lane, Suite 100A
Santa Rosa, CA 95405
Tel: (707) 571-8600
Fax: (707) 568-7240

Attorneys for Plaintiffs
ROCIO NUNEZ SANTOS and SANDRA MENDOZA

CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Rm. 8
Santa Rosa, California 95404
Tel:  (707) 543-3040
Fax:  (707) 543-3055

Attorneys for Defendants
CITY OF SANTA ROSA and MICHAEL LAZZARINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO NUNEZ SANTOS and SANDRA MENDOZA,<br><br>                Plaintiffs,<br><br>        v.<br><br>CITY OF SANTA ROSA, MICHAEL LAZZARINI, and DOES 1 through 25,<br><br>                Defendants. | CASE NO.:  CV 13-04848 YGR<br><br>**STIPULATED DISMISSAL OF ACTION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their attorneys of record, stipulate that the entire action including all claims against all defendants shall be dismissed with prejudice, each party to bear its own costs and fees.

_____
Stipulated Dismissal of Action, Case No. CV 13-04848 YGR

1
2
3   Dated:  March 14, 2014                            HERRON & HERRON
4
5                                                     By:_____/s/_____
                                                          Laura Herron Weber
6                                                         Attorneys for Plaintiffs
                                                          ROCIO NUNEZ SANTOS and
7                                                         SANDRA MENDOZA

8   Dated:  March 25, 2014                            OFFICE OF THE CITY ATTORNEY
9
10                                                    By:_____/s/_____
                                                          John J. Fritsch
11                                                        Assistant City Attorney
                                                          Attorney for Defendants
12                                                        CITY OF SANTA ROSA and
                                                          MICHAEL LAZZARINI
13
14
15
16
17
18
19   
20
21
22
23
24
25
26
27
28

_____
Stipulated Dismissal of Action, Case No. CV 13-04848 YGR